UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| IVANA VELA, | ) | |
|         Petitioner, | ) | No. CV-08-082-CI |
| | ) | No. CV-08-086-CI |
| v. | ) | |
| | ) | NO. CV-08-136-CI |
| JOHN McGRATH and WILLIAM BROWN, | ) | |
| | ) | ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE RESPONDENT JOHN McGRATH AS A PARTY |
|         Respondents. | ) | |
| _____ | ) | |
| TIFFANY LYNN SCOTT, | ) | |
|         Petitioner, | ) | |
| v. | ) | |
| JOHN McGRATH, et al., | ) | |
|         Respondents. | ) | |
| _____ | ) | |
| LAURA M. COOK, | ) | |
|         Petitioner, | ) | |
| v. | ) | |
| JOHN McGRATH, et al., | ) | |
|         Respondents. | ) | |
| _____ | ) | |

    Pursuant to the Stipulated Motion for Dismissal,

    **IT IS ORDERED** the Motion **(Ct. Rec. 30, No. CV-08-082-CI; Ct. Rec. 30, No. CV-08-086-CI; Ct. Rec. 29, No. CV-08-136-CI)** is **GRANTED.** John McGrath, serving in his capacity as Commander of

1  Geiger Center, a Spokane County Sheriff's Department Correctional
2  Facility, is **DISMISSED** as a party from the above action with
3  prejudice and without costs.
4       DATED July 2, 2008.

6              S/ CYNTHIA IMBROGNO
               UNITED STATES MAGISTRATE JUDGE