```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF WASHINGTON
```

| | | |
|---|---|---|
| IVANA VELA, | ) | NO. CV-08-082-JPH |
| | ) | |
| Petitioner, | ) | NO. CV-08-086-JPH |
| | ) | |
| vs. | ) | NO. CV-08-136-JPH |
| | ) | |
| JOHN McGRATH and WILLIAM BROWN, | ) | |
| | ) | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Respondents. | ) | |

```
_____
TIFFANY LYNN SCOTT,
                Petitioner,
        vs.
JOHN McGRATH, et. al.,
                Respondents.
_____
LAURA M. COOK,
                Petitioner,
        vs.
JOHN McGRATH, et. al.,
                Respondents.
_____
```

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on December 12, 2008 (Ct. Rec. 44), recommending that the consolidated amended petitions for writs of habeas corpus (Ct. Recs.

1, 7, 17, & 29) be dismissed and consolidated motions for discovery and an evidentiary hearing (Ct. Recs. 33, 37 - Vela and Scott; Ct. Recs. 32, 36 - Cook) be denied.  Petitioners filed objections on December 23, 2008 (Ct. Rec. 45-46), essentially restating previous arguments.  Having reviewed the report and recommendation, the Court adopts the magistrate judge's analysis and recommendation.

**IT IS HEREBY ORDERED** that the Report and Recommendation **(Ct. Rec. 44)** to **dismiss** petitioners' consolidated petitions for writs of habeas corpus and **deny** motions for discovery and an evidentiary hearing is **ADOPTED in its entirety**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

DATED this 4th day of February 2009.

s/ Edward F. Shea

EDWARD F. SHEA
UNITED STATES DISTRICT JUDGE

Q:\Civil\2008\0082.REB-HAB-Order adopting.wpd